IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CEDRIC V. WASHINGTON,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5397

Opinion filed March 4, 2015.

An appeal from an order of the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Cedric V. Washington, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

    AFFIRMED.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.